UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES,<br><br>        Plaintiff(s),<br><br>v.<br><br>ROEBERS INC.,<br><br>        Defendant(s).<br>_____/ | No. C-13-00041 DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

       The court is in receipt of Plaintiffs' Notice of Voluntary Dismissal and request to vacate the Case Management Conference. [Docket Nos. 26 and 27.] The request to vacate the Case Management Conference is granted. The Case Management Conference previously scheduled for July 3, 2013 has been VACATED.

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may voluntarily dismiss the action without a court order because Defendant has not served either an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice per Plaintiffs' voluntary dismissal.

       IT IS SO ORDERED.

Dated: July 2, 2013

                                                     DONNA M. RYU<br>                                                     United States Magistrate Judge